E-filed on: 5/5/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOLDEN RULE PRODUCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANO SAMIKO, INC. dba SOUTH VALLEY PRODUCE, a California corporation; FOTIS DIONISOPOULOUS, individually, and DOES 1 to 10, <br><br> Defendants. | No. C-09-00691 RMW <br><br> ORDER DENYING WITHOUT PREJUDICE GOLDEN RULE'S MOTION FOR A TEMPORARY RESTRAINING ORDER <br><br> [Re Docket No. 24] |

Plaintiff Golden Rule Produce Inc. has applied for a temporary restraining order against the defendants without notice. Plaintiff's showing is not adequate to support the issuance of a temporary restraining order, and the attorney certification regarding the risk of dissipation of assets is factually unsupported. Accordingly, the motion is denied without prejudice. Plaintiff may file a more detailed application if it wishes to seek a restraining order. The court is also willing to set the hearing on the motion for an assignment order on shortened notice if plaintiff files an application to shorten time for hearing of that motion.

DATED:     5/5/09

*Ronald M. Whyte*
Ronald M. Whyte
United States District Judge

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Golden Rule:**

3  Susan E. Bishop          sbishop@prattattorneys.com

4  **Counsel for defendants:**

5  (no appearance)

6  Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

7

8
**Dated:** _____5/5/09_____                                   _____TER_____
9                                                          **Chambers of Judge Whyte**