Susan E. Bishop (SBN 187253)
PRATT & ASSOCIATES
The Pruneyard Tower I
1901 S. Bascom Avenue, Suite 350
Campbell, CA 95008
Telephone: (408) 369-0800
Facsimile: (408) 369-0752

Attorneys for Plaintiff
GOLDEN RULE PRODUCE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOLDEN RULE PRODUCE, INC.<br><br>Plaintiff,<br><br>v.<br><br>ANO SAMIKO, INC. dba SOUTH VALLEY PRODUCE, a California Corporation; FOTIS DIONISOPOULOS, individually, and DOES 1 to 10,<br><br>Defendants. | Case No.  C 09 00691 RMW<br><br>~~(PROPOSED)~~ ORDER SHORTENING TIME |

Plaintiff submitted an application to shorten time for a hearing on its motion for assignment order. Good cause appearing,

IT IS ORDERED that:

1. The motion of Plaintiff Golden Rule Produce, Inc. for an order shortening time for a hearing on its motion for assignment order, papers for which were previously submitted, may be heard on May 22, 2009 at 9:00 a.m. in Department 6.

2. This order and the ~~attached~~ notice of motion and supporting papers must be served personally or by facsimile or by overnight delivery on the named Defendants by May 15, 2009.

-1-
~~(PROPOSED)~~ ORDER SHORTENING TIME

1  3. Defendants' opposition to motion for assignment order must be filed with the Court no later than
2  May 20, 2009        .
3  4. ~~Plaintiff's reply brief, if any, must be filed with this Court no later than~~ XXXXXXXXXXXXXXXXX.
4
5  Date: 5/14/09

*Ronald M. Whyte*
Ronald M. Whyte
United States District Judge

-2-
(~~PROPOSED~~) ORDER SHORTENING TIME