E-filed on: _____5/26/09_____

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOLDEN RULE PRODUCE, INC., | No. C-09-00691 RMW |
| Plaintiff, | ASSIGNMENT ORDER |
| v. | **[Re Docket No. 28]** |
| ANO SAMIKO, INC. dba SOUTH VALLEY PRODUCE, a California corporation; FOTIS DIONISOPOULOS, individually, and DOES 1 to 10, | |
| Defendants. | |

Judgment Creditor Golden Rule Produce Inc.'s  motion for an assignment order came on for hearing before the court on May 22, 2009.  Judgment Debtor Ano Samiko, Inc., dba South Valley Produce, did not file any papers in opposition to the motion, but Fotis Dionisopoulos appeared at the hearing to oppose the motion.

Upon consideration of the declarations and papers submitted in connection with the motion, and for good cause appearing, the motion for assignment order is granted.

IT IS HEREBY ORDERED that Judgment Debtor Ano Samiko, Inc. assigns to Judgment Creditor the following:  50% of all monies owed to Ano Samiko, Inc. by Daylight Foods, Inc. until the Judgment is satisfied.

DATED: _____5/22/09_____

*Ronald M Whyte*

Ronald M. Whyte
United States District Judge

**United States District Court**
For the Northern District of California

ASSIGNMENT ORDER
No. C-09-00691 RMW
TER

**United States District Court**
For the Northern District of California

1   **Notice of this document has been electronically sent to:**

2   **Counsel for Golden Rule:**

3   Susan E. Bishop                 sbishop@prattattorneys.com

4   **Counsel for defendants:**

5   (no appearance)

6   Counsel are responsible for distributing copies of this document to co-counsel that have not
    registered for e-filing under the court's CM/ECF program.

7

8   **Dated:** _____5/26/09_____                    _____TER_____

9                                                   **Chambers of Judge Whyte**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ASSIGNMENT ORDER
No. C-09-00691 RMW
TER                                        2